# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br><br>LOYCE J. YOUNG, JR<br>DORTHA D. YOUNG<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 07-70299<br>JUDGE: Barbosa |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

   As you know, our firm represents U.S. Bank, N.A., as Trustee for the Registered Holders of Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-SC1 in your Chapter 13 case number 07-70299.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of 11/17/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 11/2011 – 11/2011 monthly payments at $339.04 | = $ | 339.04 |
| 11//2011- 11/2011 Post-Petition Escrow Shortage $331.74 | =$ | 331.74 |
| TOTAL | = $ | 670.78 |

                                        Respectfully submitted,

                                          /s/ Michael J. Kalkowski
                                        Attorney for U.S. Bank, N.A., as Trustee for the
                                        Registered Holders of Structured Asset Securities
                                        Corporation, Mortgage Pass-Through Certificates,
                                        Series 2005-SC1

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC;2121 Waukegan Road, Suite 301;Bannockburn, IL 60015 (847)291-1717;Attorneys for Movant;07-1868

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**